JaVonne M. Phillips, Esq. SBN 187474
Rosemary Hong, Esq. SBN 265322
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
RHong@mccarthyholthus.com

Attorneys for Secured Creditor
Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, its assignees and/or successors, by and through its servicing agent AMIP Management, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 26-41523 DM |
| | ) |
| | ) Chapter 13 |
| Thomas Paul Wong, | ) |
| | ) RS No. RH-11760 |
| | ) |
| Debtor. | ) |
| | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY** |
| | ) |
| | ) |
| | ) Date: 11/19/2026 |
| | ) Time: 9:30AM |
| | ) Place: Telephone/Videoconference |
| | ) |
| | ) *Judge: Hon. Dennis Montali* |
| | ) |

Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, its assignees and/or successors, by and through its servicing agent AMIP Management, LLC ("Secured Creditor" or "Movant"), hereby moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may

commence and continue all acts necessary to foreclose under the Deed of Trust secured by the real property commonly known as 475 Sycamore Ave, Hayward, CA 94544-1507 (“Property”).

Debtor Thomas Paul Wong (“Debtor”) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Secured Creditor or has been duly endorsed. Secured Creditor, directly or through an agent, has possession of the promissory note. Secured Creditor is the original mortgagee or beneficiary or assignee of the mortgage or deed of trust.

As stated in the attached Declaration, Debtor has failed to make 3 post-petition payments (08/01/26 through 10/01/26).

Based on the foregoing, Secured Creditor alleges that it is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the Property at a trustee’s sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.
2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(4) be waived.
3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.
4. Movant, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. Movant may contact Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

5. Furthermore, Movant may contact Debtor to comply with California Civil Code Section 2923.5.
6. For attorneys' fees and costs incurred herein.
7. For such other relief as the Court deems proper.

DATED: October 14, 2026

**McCARTHY & HOLTHUS, LLP**

By: *_/s/ Rosemary Hong_*

Rosemary Hong, Esq.
Attorneys for Secured Creditor
Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, its assignees and/or successors, by and through its servicing agent AMIP Management, LLC


Case: 26-41523 Doc# 41 Filed: 10/14/26 Entered: 10/14/26 15:30:50 Page 3 of 3