JaVonne M. Phillips, Esq. SBN 187474
Rosemary Hong, Esq. SBN 265322
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
rhong@mccarthyholthus.com

Attorney for Secured Creditor
Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, its assignees and/or successors, by and through its servicing agent AMIP Management, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Thomas Paul Wong,<br><br>Debtor. | Case No. 26-41523 DM<br><br>Chapter 13<br><br>RS No. RH-11760<br><br>**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: 11/19/2026<br>Time: 9:30AM<br>Place: Telephone/Videoconference<br><br>*Judge: Hon. Dennis Montali* |

To Debtor Thomas Paul Wong; Chapter 13 Trustee Martha G. Bronitsky; Debtor's Attorney of Record Joshua Sternberg; and All Other Interested Parties:

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 1300 Clay Street, Oakland, CA 94612, Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, its assignees and/or successors, by and through its servicing agent AMIP Management, LLC herein, will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the attached Motion For Relief From the Automatic Stay.

Please take notice that unless the Debtor or Debtor's Counsel appears in opposition to the Motion, the Motion may be granted without further hearing.

The hearing will not be conducted in the presiding Judge’s courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court’s website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court’s website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court’s website.

DATED: October 14, 2026

**McCARTHY & HOLTHUS, LLP**

By: */s/ Rosemary Hong*
Rosemary Hong, Esq.
Attorneys for Secured Creditor
Wilmington Savings Fund Society, FSB, as
Owner Trustee of the Residential Credit
Opportunities Trust IX-B, its assignees and/or
successors, by and through its servicing agent
AMIP Management, LLC