JaVonne M. Phillips, Esq. SBN 187474
Rosemary Hong, Esq. SBN 265322
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
rhong@mccarthyholthus.com

Attorney for Secured Creditor
Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, its assignees and/or successors, by and through its servicing agent AMIP Management, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 26-41523 DM |
| | ) |
| | ) Chapter 13 |
| Thomas Paul Wong, | ) |
| | ) RS No. RH-11760 |
| | ) |
| Debtor. | ) **CERTIFICATE OF SERVICE OF NOTICE OF MOTION AND MOTION FOR RELIEF FROM AUTOMATIC STAY, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY, EXHIBITS TO MOTION FOR RELIEF FROM AUTOMATIC STAY, DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELIEF FROM STAY COVER SHEET** |
| | ) |
| | ) Date: 11/19/2026 |
| | ) Time: 9:30AM |
| | ) Place: Telephone/Videoconference |
| | ) |
| | ) *Judge: Hon. Dennis Montali* |

## CERTIFICATE OF SERVICE

On 10/14/2026, I served the foregoing **NOTICE OF MOTION AND MOTION FOR RELIEF FROM AUTOMATIC STAY, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY, EXHIBITS TO MOTION FOR RELIEF FROM AUTOMATIC STAY, DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELIEF FROM STAY COVER SHEET** on the following individuals by electronic means through the Court's ECF program:

| **US TRUSTEE** | **DEBTOR(S) COUNSEL** | **TRUSTEE** |
|---|---|---|
| USTPRegion17.OA.ECF@usdoj.gov | Joshua Sternberg<br>js@sternberglawgroup.com | Martha G. Bronitsky<br>13trustee@oak13.com |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Andrei Mihai
Andrei Mihai

On 10/14/2026, I served the foregoing **NOTICE OF MOTION AND MOTION FOR RELIEF FROM AUTOMATIC STAY, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY, EXHIBITS TO MOTION FOR RELIEF FROM AUTOMATIC STAY, DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELIEF FROM STAY COVER SHEET** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Thomas Paul Wong, 475 Sycamore Avenue, Hayward, CA 94544

DEBTOR(S) COUNSEL
Joshua Sternberg, Sternberg Law Group, 8605 Santa Monica Blvd, Suite #81823, West Hollywood, CA 90069

TRUSTEE
Martha G. Bronitsky, P.O. Box 5004, Hayward, CA 94540

///

///

///

U.S. TRUSTEE
Office of the U.S. Trustee/Oak, Office of the United States Trustee, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 10/14/2026

/s/ Hue Banh
Hue Banh


Case: 26-41523 Doc# 42-1 Filed: 10/14/26 Entered: 10/14/26 15:32:49 Page 3 of 3