Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
Thomas Paul Wong

Debtors(s)

Chapter 13 Case Number:
26-41523-DM 13

# NOTICE OF HEARING DATE, TIME AND LOCATION ON TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE.

*TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that a Hearing will be held on November 18, 2026 at 10:00 am.* This hearing will be conducted only via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website .

Trustee's Motion to Dismiss Chapter 13 Case, docket #24

Date: October 22, 2026

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

Thomas Paul Wong
475 Sycamore Ave
Hayward, Ca 94544

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

October 22, 2026

/s/Selesia Fredotovich
Selesia Fredotovich

Thomas Paul Wong
475 Sycamore Ave
Hayward,CA 94544

(Debtor(s))

Sternberg Law Group
8605 Santa Monica Blvd #81823
W Hollywood,CA 90069-4109

(Counsel for Debtor)

Amex
Correspondence Bankruptcy
Po Box 981535
El Paso, TX 79998-0000

Nelson & Kennard
5011 Dudley Blvd Bldg 250 Bay G
Mcclellan, CA 95652-0000

Us Bank
Po Box 108
Saint Louis, MO 63166-0000

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850-0000

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850-0000

Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179-0000

Mccarthy & Holthus Llp
2763 Camino Del Rio South #100
San Diego, CA 92108-0000

Mccarthy & Holthus Llp
2763 Camino Del Rio South #100
San Diego, CA 92108-0000

Amip Management
3020 Old Ranch Pkwy #180
Seal Beach, CA 90740-0000

Amip Management
3020 Old Ranch Pkwy #180
Seal Beach, CA 90740-0000

Robertson Anschutz Schneid & Crane Llp
6409 Congress Ave #100
Boca Raton, FL 33487-0000

Robertson Anschutz Schneid & Crane Llp
6409 Congress Ave #100
Boca Raton, FL 33487-0000

Us Bank Na / Elan Financial Services
Po Box 108
Saint Louis, MO 63166

California Td Specialists
8190 East Kaiser Blvd
Anaheim, CA  92808
(Creditor)

Fci Lender Services
Po Box 27370
Anaheim, CA  928090112
(Creditor)

Bmw Financial Services
Attn: Bankruptcy Correspondence
Po Box 3608
Dublin, OH  43016
(Creditor)

Caliber Home Loans, In
715 S Metropolitan Ave
Oklahoma City, OK  73108
(Creditor)

Gm Financial
Attn: Bankruptcy
801 Cherry Street, Ste. 3500
Fort Worth, TX  76102
(Creditor)

Lendkey/Xcel Fcu
9999 Carver Rd, Suite 400
Blue Ash, OH  45242
(Creditor)

Mohela/Dofed
Mohela, Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO  63005
(Creditor)

Ndslsc
Po Box 5675
Fargo, ND  58105
(Creditor)

Nr/Sms/Cal
601 Office Center Dr
Fort Washington, PA  19034
(Creditor)

Synchrony Bank/Hhgregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL  32896
(Creditor)

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL  32896
(Creditor)

Us Bank
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH  45201
(Creditor)

Franchise Tax Board
Po Box 2952
Sacramento, CA  958122952
(Creditor)

United States Treasury
Po Box 7346
Philadelphia, PA  191017346
(Creditor)

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT  84130
(Creditor)

Jpmorgan Chase Bank
Po Box 15368
Wilmington, DE  19850
(Creditor)

Midland Credit Mgmt
Po Box 2037
Warren, MI  48090
(Creditor)

Discovercard
Po Box 30939
Salt Lake City, UT  84130
(Creditor)

Leslie Huang
169 Buena Vista Terr #16
San Francisco, CA 94117
(Creditor)

Ford Motor Credit C/O Nelson And Kennard
Po Box 13807
Sacramento, CA 95853
(Creditor)

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005
(Creditor)

Us Bank / Elan Financial Svcs
Po Box 5227
Cincinnati, OH 452015227
(Creditor)

Jpmorgan Chase Bank
Po Box 15368
Wilmington, DE 19850
(Creditor)

Dylan Law Office

, CA 00000
(Creditor)

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005
(Creditor)

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005
(Creditor)

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005
(Creditor)

Becket And Lee Llp
Po Box 3001
Malvern, PA 193550701
(Creditor)

Becket And Lee Llp
Po Box 3001
Malvern, PA 193550701
(Creditor)

Ashley Funding C/O Resurgent Capital
Po Box 10587
Greenville, SC 296030587
(Creditor)

Lvnv Funding C/O Resurgent Capital
Po Box 10587
Greenville, SC 296030587
(Creditor)

United States Treasury
Po Box 7346
Philadelphia, PA 191017346
(Creditor)

Fci Lender Services
Po Box 27370
Anaheim, CA 928090112
(Creditor)