**Martha G. Bronitsky**
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #640, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580    Fax: (510) 266-5589
Email: 13trustee@oak13.com

October 26, 2026

Thomas Paul Wong
475 Sycamore Ave
Hayward, CA 94544

# FINAL NOTICE

Chapter 13 Case No.: 26-41523-DM 13
Re: Thomas Paul Wong

We received a notification that the address for THOMAS PAUL WONG, is no longer valid or has changed. PLEASE FILE CHANGE OF ADDRESS AS SOON AS POSSIBLE. IF CHANGE OF ADDRESS NOT FILED BY NOVEMBER 5, 2026, FUNDS WILL BE SENT TO BANKRUPTCY CLERK.
We have no authority to send payments to a different address absent a court order. Any transfer of claim or amended claim **MUST** be filed with the Bankruptcy Court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, CA 94612

Based on information received, funds will be sent to the Clerk of the Bankruptcy Court as an unclaimed dividend, if a change of address has not been filed before closing of the case.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Sternberg Law Group, 8605 Santa Monica Blvd #81823, W Hollywood, CA 90069-4109

Thomas Paul Wong, 475 Sycamore Ave, Hayward, CA 94544