JaVonne M. Phillips, Esq. SBN 187474
Rosemary Hong, Esq. SBN 265322
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
RHong@mccarthyholthus.com

Attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, its assignees and/or successors, by and through its servicing agent AMIP Management, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Thomas Paul Wong,<br><br>Debtor. | Case No. 26-41523 DM<br><br>Chapter: 13<br><br>RS No. RH-11760<br><br>**NOTICE OF WITHDRAWAL OF MOVANT'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: 11/19/2026<br>Time: 9:30AM<br>Place: Telephone/Videoconference<br><br>*Judge: Hon. Dennis Montali* |

TO DEBTOR, TRUSTEE, ATTORNEYS OF RECORD, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, its assignees and/or successors, by and through its servicing agent AMIP Management, LLC hereby withdraws its Motion for Relief From Automatic Stay [Dkt No. 41] filed in the above-entitled Court on 10/14/2026 and scheduled for hearing on 11/19/2026 at 9:30 A.M.

Dated: 11/16/2026

**McCarthy & Holthus, LLP**

By: /s/ Rosemary Hong
Rosemary Hong, Esq.
Attorney for
Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, its assignees and/or successors, by and through its servicing agent AMIP Management, LLC