JaVonne M. Phillips, Esq. SBN 187474
Rosemary Hong, Esq. SBN 265322
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
RHong@mccarthyholthus.com

Attorneys for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, its assignees and/or successors, by and through its servicing agent AMIP Management, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Thomas Paul Wong,<br><br>Debtor. | Case No. 26-41523 DM<br><br>Chapter 13<br><br>RS No.: RH-11760<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL OF MOVANT'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: 11/19/2026<br>Time: 9:30AM<br>Place: Telephone/Videoconference<br><br>*Judge: Hon. Dennis Montali* |

## CERTIFICATE OF SERVICE

On 11/16/2026, I served the foregoing **NOTICE OF WITHDRAWAL OF MOVANT'S MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program

| DEBTOR(S) COUNSEL | TRUSTEE | US TRUSTEE |
|---|---|---|
| Joshua Sternberg | Martha G. Bronitsky | USTPRegion17.OA.ECF@ |
| js@sternberglawgroup.com | 13trustee@oak13.com | usdoj.gov |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Bogdan Radulescu
Bogdan Radulescu

On 11/16/2026, I served the foregoing **NOTICE OF WITHDRAWAL OF MOVANT'S MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Thomas Paul Wong, 475 Sycamore Avenue, Hayward, CA 94544

DEBTOR(S) COUNSEL
Joshua Sternberg, Sternberg Law Group, 8605 Santa Monica Blvd, Suite #81823, West Hollywood, CA 90069

TRUSTEE
Martha G. Bronitsky, P.O. Box 5004, Hayward, CA 94540

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 11/16/2026 /s/ Hue Banh
Hue Banh



Case: 26-41523 Doc# 53-1 Filed: 11/16/26 Entered: 11/16/26 11:00:24 Page 2 of 2