Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Thomas Paul Wong | Chapter 13 Case No:<br>26-41523-DM 13 |

WITHDRAWAL
OF
Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Trustee's Motion to Dismiss Case for Failure to Make Plan Payments for the above named Chapter 13 Case which was filed on November 03, 2026, same being court docket #50.

Date: November 16, 2026

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee