Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Thomas Paul Wong | Chapter 13 Case No:<br>26-41523-DM 13 |

# WITHDRAWAL OF Trustee's Motion to Dismiss Chapter 13 Case

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Trustee's Motion to Dismiss Chapter 13 Case for the above named Chapter 13 Case which was filed on September 03, 2026, same being court docket #29.

Date: November 19, 2026

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee